## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  **2:25-cv-05847-SVW (DTB)**                    Date: **January 28, 2026**

Title:  **Bryan Mitchell v. H. Gomez, et al**
======================================================================

**DOCKET ENTRY**
======================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                         n/a
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                      None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On June 26, 2025, plaintiff Bryan Mitchell ("Plaintiff") filed a Civil Rights Complaint (Docket No. 1), along with a Request to Proceed Without Prepayment of Filing Fees ("Request") (Docket No. 2).  On September 10, 2025, the Court postponed ruling on Plaintiff's Request because it was incomplete ("Order").  (Docket No. 4).  The Court directed Plaintiff to either: (1) Refile a fully completed request; or (2) pay the full filing fee.  (Id.).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (Id.).  As of November 7, 2025, Plaintiff had not responded to the Court's Order and dismissed this action without prejudice.  (Docket No. 5).

Although the matter was dismissed, on November 24, 2025, Plaintiff responded to the Court's Order and refiled a complete Request and supporting declaration ("IFP Request").  (Docket Nos. 6-7).  On December 5, 2025, the Court directed the Clerk to reopen this action.  On the same date, the Court granted Plaintiff's IFP Request.

Plaintiff was ORDERED to pay an initial partial filing of $4.94 on or before January 5, 2026.  As of this date, Plaintiff has failed to pay his initial partial filing fee in the amount of $4.94.  Plaintiff is again reminded that all parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  However, an action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed in forma pauperis under 28 U.S.C. § 1915(a)(1).  However, prisoners **must** still pay the filing fee but may do so through

MINUTES FORM 11                                   Initials of Deputy Clerk  RAM
CIVIL-GEN

monthly installment payments if granted in forma pauperis.  28 U.S.C. § 1915(b); Johnson v. High Desert State Prison, 127 F.4th 123, 126, 128 (9th Cir. 2025).

Accordingly, Plaintiff is ordered to show cause, in writing, no later than **February 27, 2026**, why this action should not be dismissed, without prejudice, for failure to prosecute.

This Order to Show Cause will be discharged upon the payment of the initial partial filing fee in the amount of $4.94.  If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  A notice of dismissal form is attached for Plaintiff's convenience.

**IT IS SO ORDERED**.